Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Serena L. Buchert, ISB #10983
SBuchert@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:    (208) 562-4900
Facsimile:    (208) 562-4901
*Counsel for Defendants Sandra Zakroff, MD
and Anthony Reece, NP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NOAH SCHRODER,<br><br>    Plaintiff,<br>v.<br><br>ZAKROFF, PHYSICIAN'S ASSISTANT REESE, and RONA SIEGERT,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00052-BLW<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

Dylan A. Eaton, Serena L. Buchert, and the law firm of Parsons Behle & Latimer (hereinafter "PBL Counsel") hereby move this Court, pursuant to Loc. Dist. Ct. Rule 83.6(c) and other applicable rules and laws for an order granting PBL Counsel leave to withdraw as counsel of record for Sandra Zakroff, M.D.[1], and Anthony Reece, NP[2] ("Medical Defendants") in the above-captioned matter.

---

[1] The full name of Defendant "Zakroff" is Sandra Zakroff, M.D.
[2] The full name and proper title of Defendant "Physician's Assistant Reese" is Antony Reece, NP.

A basis for withdrawing as counsel is not necessarily required. Nevertheless, reasons for this motion include but are not limited to that lead counsel in this case, Dylan Eaton, is leaving his firm of Parsons Behle & Latimer to start a new job working as in-house counsel for a company, WinCo Foods, starting May 1, 2023. (Declaration of Dylan A. Eaton in Support of Motion for Leave to Withdraw as Counsel ("Eaton Decl."), ¶ 4.) Hence, Mr. Eaton respectfully requests leave to withdraw as counsel in this case so that he can start his new job. *E.g. see* Idaho Rule of Professional Conduct 1.16(b)(7).

Additionally, withdrawal by PBL Counsel is permitted under Idaho Rule of Professional Conduct 1.16(b)(1) and (5) (allowing withdrawal from representing a client if "withdrawal can be accomplished without material adverse effect on the interests of the client" and if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled"). Notice has been given to Medical Defendants by PBL Counsel of the circumstances and that PBL Counsel plans to withdraw. (Eaton Decl., ¶ 6.)

There should not be any material adverse effect on the interest of Medical Defendants because their Motion for Summary Judgment was granted and this case was dismissed. Additionally, this case is on appeal, but Plaintiff failed to file an opening brief by the date ordered by the court of appeals.

This motion is based on the reasons stated herein, the declaration of counsel in support filed contemporaneously herewith, and the record before the court.

DATED this 27th day of April, 2023.

          PARSONS BEHLE & LATIMER

          By: */s/ Dylan A. Eaton*
           Dylan A. Eaton
           Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of April, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

N/A

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Noah Schroder (#72050)<br>IMSI<br>P.O. Box 51<br>Boise, ID  83707<br>*(Pro Se)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

By: */s/ Dylan A. Eaton*
    Dylan A. Eaton
    Serena L. Buchert