Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Serena L. Buchert, ISB #10983
SBuchert@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:    (208) 562-4900
Facsimile:    (208) 562-4901
*Counsel for Defendants Sandra Zakroff, MD
and Anthony Reece, NP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NOAH SCHRODER,<br><br>    Plaintiff,<br>v.<br><br>ZAKROFF, PHYSICIAN'S ASSISTANT REESE, and RONA SIEGERT,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00052-BLW<br><br>**DECLARATION OF DYLAN A. EATON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

I, Dylan A. Eaton, declare as follows:

1.      I am more than eighteen years of age and I am legally competent to make this declaration. I have personal knowledge of the facts set forth herein and can testify as to the truth of the statements contained herein if called upon as a witness at the trial of this action.

2.I am duly licensed to practice law in the State of Idaho and before this Court. I am the lead attorney of record for Sandra Zakroff, MD and Anthony Reece, NP ("Medical Defendants") in the above-captioned case.

3.Serena L. Buchert is also counsel of record at my firm, Parsons Behle & Latimer (PBL) for Medical Defendants.

4.I am leaving my firm to start a new job working as in-house counsel for a company, WinCo Foods, starting May 1, 2023. Therefore, I respectfully requests leave to withdraw as counsel in this case so that I can start my new job.

5.In addition, counsel requests withdrawal for reasons permitted by Idaho R. Prof'l Cond. 1.16(1) and (5) (allowing withdrawal from representing a client if "withdrawal can be accomplished without material adverse effect on the interests of the client" and if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled").

6.I have also provided notice via email to Corizon, LLC representatives and to Medical Defendants in this case that we intend to withdraw as counsel.

I, Dylan A. Eaton, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 27th day of April, 2023.

  /s/ Dylan A. Eaton
DYLAN A. EATON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of April, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

N/A

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Noah Schroder (#72050)<br>IMSI<br>P.O. Box 51<br>Boise, ID 83707<br>*(Pro Se)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

By: */s/ Dylan A. Eaton*
Dylan A. Eaton
Serena L. Buchert