| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 7 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NOAH SCHRODER,

       Plaintiff-Appellant,

v.

CORIZON MEDICAL; et al.,

       Defendants-Appellees.

No. 22-35778

D.C. No. 1:21-cv-00052-BLW
District of Idaho,
Boise

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion (Docket Entry No. 12) of Dylan A. Eaton, Andrew R. Alder, and Parsons Behle & Latimer to withdraw as counsel for appellees Reese and Zakroff is granted. The Clerk will serve this order on former counsel Eaton and Alder, and on appellees Reese and Zakroff individually.

    Appellant did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

    This order, served on the district court, will become the mandate of the court in 21 days.